

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## GENERAL WARRANTY DEED

**Date:** December 11, 2018

**Grantor:** JACK CARROLL STRANGE, JR. and wife, ROBYN MILLER-STRANGE

**Grantor's Mailing Address:** P.O. Box 1058, Pleasanton, Atascosa County, Texas 78064

**Grantee:** AIDA MARGARITA NELSON

**Grantee's Mailing Address:** 205 Lake Drive, Del Rio, Val Verde County, Texas 78840

**Consideration:** Ten and 00/100 Dollars ($10.00) and other good and valuable consideration

**Property (together with all improvements):**

BEING a tract or parcel of land containing 4.0197 acres, more or less, being a portion of Original Lot 265, City of Pleasanton, a city in Atascosa County, Texas, along with and in addition to, Lots One (1) through Six (6), Block Three (3), and the East half (E/2) of Second Street, SPRADLIN ADDITION, an addition to the City of Pleasanton, according to the map or plat thereof, recorded in Sheet 16-A, New Plat Cabinet, Plat Records of Atascosa County, Texas, along with and in addition to, Lots Twenty-Four (24), Twenty-Five (25), Twenty-Six (26), Twenty-Seven (27), and Twenty-Eight (28), Dalton Street, and a portion of Franks Street, GREENFIELD ADDITION, an addition to the City of Pleasanton, according to the map or plat thereof, recorded in Sheet 55-A, New Plat Cabinet, Plat Records of Atascosa County, Texas. Said 4.0197 acre tract more particularly described by metes and bounds in Exhibit A, attached here-to and made a part hereof for all purposes.

**Reservation(s) from Conveyance:**

- NONE

**Exception(s) to Conveyance and Warranty:**

- Mineral and/or Royalty Reservation as set out in Warranty Deed dated December 19, 1957, executed by John Monroe, et al to J. Taylor Brite, recorded in Vol. 263, Page 168, Deed Records of Atascosa County, Texas.

- City of Pleasanton Ordinance No. 1252 dated January 22, 2004, and filed for record on February 13, 2007, under Clerk's File No. 88302 of the Official Public Records of Atascosa County, Texas.

- Rights of Tenants in possession, including Nelson's Truck and Tire Service, LLC, a Texas limited liability company, as tenants only, in possession under the terms of any unrecorded lease agreements.

- Any claim based on the following items as set out on survey dated December 13, 2017, prepared by Precision Surveyors, James E. Mosley, RPLS #5912: power poles; overhead utilities; fence encroachments; fence protrusions; utility easement; concrete, tank, and metal building protrude across property line.

- Any taxes due for the year 2018, the payment of which is assumed by Grantee.

1

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, GRANTS, SELLS, AND CONVEYS to Grantee the property, together with all and singular the rights and appurtenances thereto in anywise belonging, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to WARRANT AND FOREVER DEFEND all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

_____
JACK CARROLL STRANGE, JR.

_____
ROBYN MILLER-STRANGE

THE STATE OF TEXAS:

This instrument was acknowledged before me on this the 11th day of December, 2018, by JACK CARROLL STRANGE, JR. and wife, ROBYN MILLER-STRANGE.

MATTHEW K. FRANKLIN
Notary Public, STATE OF TEXAS
My Commission
Expires 06-24-2019
I.D.# 128656891

_____
NOTARY PUBLIC, STATE OF TEXAS

PREPARED IN THE LAW OFFICE OF:
Matthew K. Franklin
120 Preston Street
Pleasanton, TX 78064

AFTER RECORDING RETURN TO:
Alda Margarita Nelson
205 Lake Drive
Del Rio, TX 78840

# EXHIBIT A

STATE OF TEXAS §
§
§
COUNTY OF ATASCOSA §

A TRACT OR PARCEL OF LAND CONTAINING 4.0197 ACRES, (175,096 SQUARE FEET), BEING A PORTION OF ORIGINAL LOT 265, CITY OF PLEASANTON, AN ADDITION IN ATASCOSA COUNTY, TEXAS, ALONG WITH AND IN ADDITION TO LOTS 1 THROUGH 6, BLOCK 3, AND THE EAST HALF OF SECOND STREET, SPRADLIN ADDITION TO THE CITY OF PLEASANTON, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SHEET 16-A, NEW PLAT CABINET, PLAT RECORDS OF ATASCOSA COUNTY, TEXAS, ALONG WITH AND IN ADDITION TO LOTS 24 THROUGH 28, DALTON STREET AND A PORTION OF FRANKS STREET, GREENFIELD ADDITION TO THE CITY OF PLEASANTON, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SHEET 55-A, NEW PLAT CABINET, PLAT RECORDS OF ATASCOSA COUNTY, TEXAS, SAID 4.0197 ACRE TRACT OF LAND BEING COMPRISED OF THOSE CERTAIN TEN TRACTS OF LAND AS CONVEYED TO JACK CARROLL STRANGE, JR., BY INSTRUMENT RECORDED IN DOCUMENT CF NO. 172954 OF THE OFFICIAL PUBLIC RECORDS OF ATASCOSA COUNTY, TEXAS, SAID 4.0197 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT CF NUMBER 172954 OF THE OFFICIAL PUBLIC RECORDS OF ATASCOSA COUNTY, TEXAS).

COMMENCING at a calculated point for the intersection of the east right-of-way line of US Highway 281, (Right-of-Way Varies), with the south right-of-way line of Sanchez Street, (Platted as Madison Avenue, 50.00 Foot Right-of-Way), same being the northwest corner of that certain called 0.06 acre tract of land as conveyed to Regina K. Rakowitz by instrument recorded in Document CF No.117887 of the Official Public Records of Atascosa County, Texas;

Thence, N 88°57'00" E, along the south right-of-way line of Sanchez Street, same being the common line of said 0.06 Acre Tract, a distance of 55.00 feet to a calculated point for the intersection of the south right-of-way line of Sanchez Street with the centerline of Second Street, same being the northeast corner of said 0.06 Acre Tract, same being the most northerly northwest corner and POINT OF BEGINNING of the herein described tract, from which a ½" iron rod found for reference bears, N 76°31'49" W, a distance of 1.78 feet;

Thence, N 88°57'00" E, along the south right-of-way line of Sanchez Street, pass at a distance of 30.00 feet a ½" iron rod found for the intersection of the south right-of-way line of Sanchez Street with the east right-of-way line of Second Street, same being the northwest corner of said Lot 1, and continuing for a total distance of 330.00 feet to a capped, (Precision Surveyors), iron rod set for the northwest corner of that certain tract of land being Lot 7, Block 3, of said Spradlin Addition, as conveyed to Mary Salazar Staples by instrument recorded in Document CF No. 88564 of the Official Public Records of Atascosa County, Texas, same being the northeast corner of said Lot 6, same being the northeast corner of the herein described tract;

Thence, S 01°03'00" E, along the common line of said Lots 6 and 7, pass at a distance of 133.00 feet a calculated point on the north right-of-way line of Franks Street, for the south common corner of said Lots 6 and 7, same being the northwest corner of that certain tract of land being a portion of Franks Street as conveyed to Mary Salazar Staples by instrument recorded in Document CF No. 88564 of the Official Public Records of Atascosa County, Texas, and continuing for a total distance of 152.66 feet to a calculated point on the centerline of Franks Street for the southwest corner of said Staples Tract, same being a corner of the herein described tract, from which a fence corner post found for reference bears, S 49°52'17" W, a distance of 0.50 feet;

Thence, N 89°20'11" E, along the centerline of Franks Street, pass at a distance of 50.00 feet a calculated point for the southeast corner of said Staples Tract, and continuing for a total distance of 59.78 feet to a calculated point for a corner of the herein described tract, from which a fence post found for reference bears, S 69°11'44" W, a distance of 0.52 feet;

Thence, S 00°26'00" E, across Franks Street, pass at a distance of 20.06 feet a calculated point for the north common corner of said Lot 28, and Lot 5, of said Greenfield Addition, and continuing with the common line of said Lots 28 through 24, same being the common line of said Lot 5 and Lots 4 through 1, of said Greenfield Addition, for a total distance of 375.07 feet to a capped, (Precision Surveyors), iron rod set on the south line of said Greenfield Addition, same being the north line of the remainder of said Original Lot 265, for the south common corner of said Lots 1 and 24, same being the southeast corner of the herein described tract;

Thence, S 89°43'00" W, along the south line of said Greenfield Addition, same being the north line of the remainder of said Original Lot 265, pass at a distance of 142.10 feet a calculated point for southwest corner of said Lot 24, same being the southern terminus of the east right-of-way line of Dalton Street, and continuing for a total distance of 182.10 feet to a capped, (Precision Surveyors), iron rod set on the east right-of-way line of the S. A. U. & G. Railroad, (150.00 Foot Right-of-Way), as designated by instrument recorded in Volume 34, Page 35, of the Deed Records of Atascosa County, Texas, on the arc of a curve to the right, for the southern terminus of the west right-of-way line of Dalton Street, same being the southwest corner of the herein described tract;

Thence, Northwesterly, along the east right-of-way line of the S. A. U. & G. Railroad, with the arc of said curve to the right, having an included angle of 15°24'30", a radius of 1794.68 feet, a chord that bears, N 36°21'30" W, a chord distance of 481.18 feet, for an arc distance of 482.63 feet to a capped, (Precision Surveyors), iron rod set on the south line of said Spradlin Addition for the southwest corner of the remainder of that certain tract of land as conveyed to Eduardo Ramirez by instrument recorded in Volume 125, Page 149, of the Deed Records of Atascosa County, Texas, same being the most westerly northwest corner of the herein described tract;

Thence, N 88°57'00" E, along the south line of said Spradlin Addition, same being the common line of the remainder of said Ramirez Tract, a distance of 74.53 feet to a capped, (Precision Surveyors), iron rod set on the centerline of Second Street for southeast corner of said Ramirez Tract, same being a corner of the herein described tract;

Thence, N 01°03'00" W, along the centerline of Second Street, same being the common line of the remainder of said Ramirez Tract, pass at a distance of 88.00 feet a calculated point for the northeast corner of the remainder of said Ramirez Tract, same being the southeast corner of said 0.06 Acre Tract, and continuing for a total distance of 133.00 feet to the POINT OF BEGINNING and containing 4.0197 acres or 175,096 square feet of land, more or less.

James B. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. SA2017-02702
December 14, 2017



See Drawing Attached

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Diane Gonzales*

Diane Gonzales, County Clerk
Atascosa County Texas
December 11, 2018 04:17:33 PM
FEE $38.00    KPONTON
D                              192406